UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs. | : | CRIMINAL NO. 3:15CR00140(VLB) |
| **ALEXANDER BERGEN** | : | August 28, 2015 |

### MOTION TO CONTINUE SENTENCING AMEND SCHEDULING ORDER

The Defendant, Alexander Bergen, respectfully requests that the Court postpone sentencing for 60 days and amend the scheduling order entered on August 3, 2015 (Dkt. No. 7) accordingly.  The purpose of this request is to allow additional time so that Mr. Bergen's application to the Bridgeport Support Court may be decided prior to completion of the Presentence Report ("PSR").

By way of background, the Court gave Mr. Bergen permission to apply to Support Court on July 28, 2015 in advance of his guilty plea.  On August 6, 2015, undersigned counsel forwarded Mr. Bergen's application to the United States Probation Office.  The Support Court team, however, has decided to defer acting on Mr. Bergen's application at this time.  Mr. Bergen recently began taking a new medication.  After consulting his treating physician, the Support Court team has determined that Mr. Bergen's medication and associated condition must be stabilized prior to his admission to Support Court.  Mr. Bergen, who acknowledged using marijuana three weeks prior to his guilty plea, must also submit a clean urine sample.

The PSR should include a complete and accurate history of the Defendant's personal history and circumstances, including his participation and progress in Support Court should be admitted to the program.  Accordingly, in light of the fact

that his application is still pending, Mr. Bergen requests that the Court amend the sentencing schedule as follows:

- **PSR First Disclosure** — November 13, 2015
- **PSR Objections** — November 27, 2015
- **Second PSR Disclosure** — December 4, 2015
- **Sentencing Memoranda** — December 11, 2015
- **Sentencing Responses** — December 18, 2015

**Defense counsel has consulted with United States Probation Officer Kristin Moran and U.S. Attorney Richard J. Schechter, neither of whom objects to this request. Defense counsel will notify the Court promptly as soon as a decision has been made concerning Mr. Bergen's application.**

                                            **THE DEFENDANT,**
                                            **ALEXANDER BERGEN**

                                            **OFFICE OF THE FEDERAL DEFENDER**

**Dated: August 28, 2015**                **/s/ David S. Keenan**
                                            **David S. Keenan**
                                              **Assistant Federal Defender**
                                              **265 Church Street, Suite 702**
                                              **New Haven, CT 06510**
                                              **Bar No. ct29707**
                                              **Phone: 203-498-4200**
                                              **Fax: 203-498-4207**
                                              **Email: david_keenan@fd.org**

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY that on August 28, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.**

                                              **/s/ David S. Keenan**
                                              **David S. Keenan**