UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 3:15-cr-140 (VLB) |
| V. | : | |
| | : | |
| ALEXANDER BERGEN | : | April 6, 2020 |
|    Defendant. | : | |
| | : | |

## Ruling and Order Granting Motion to Update Clerk's Records [Dkt. 63]

**WHEREAS, on September 17, 2019, the Court ordered that all future restitution payments due to Henry Scozzafava in this case are payable to the Estate of Henry Scozzafava [Dkt. 54]; AND**

**WHEREAS on November 5, 2019, the Connecticut Probate Court has assigned all future restitution benefits in the matter of USA v. Alexander Bergen due to the Estate of Henry Scozzafava to the minor child S.J.S., in the care of Eliza Peterson as the guardian for her minor child [Dkt. 63-2 (Ex: Assignment of Future Interest)]; AND**

**WHEREAS on January 30, 2020, the Connecticut Probate Court has appointed Eliza Peterson to be the guardian for the financial estate of the minor child S.J.S. [Dkt. 63-1 (Ex: Appointment of Guardian of a Minor)]; AND**

**WHEREAS Eliza Peterson has opened a restrictive guardianship account for S.J.S. [Dt. 63-1];**

**THEREFORE**

**IT IS HEREBY ORDERED that:**

**The Clerk of the Court shall update the Court's records such that all future restitution payments due to Henry Scozzafava are made payable to Eliza Peterson, guardian of S.J.S., 124 Coal Pit Hill Road, Unit 18, Danbury, Connecticut 06810.**

It is so ordered.

                                                /s/
                            **Honorable Vanessa L. Bryant**
                            **United States District Judge**
                            **District of Connecticut**

Dated at Hartford, Connecticut: April 6, 2020